UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CIRO GONZALEZ,<br><br>　　　Plaintiff<br><br>v.<br><br>MELISSA KNOX,<br><br>　　　Defendants | Case No.: 3:25-cv-00036-ART-CSD<br><br>**Order**<br><br>Re: ECF No. 11 |

　　　Plaintiff has filed a motion asking that service of the Defendant, Melissa Knox, be made by a U.S. marshal. (ECF No 11.) Pursuant to Federal Rule of Civil Procedure 4(c)(3), "[a]t the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court." Given that Plaintiff is currently incarcerated, the court finds good cause to **GRANT** the motion (ECF No. 11).

　　　Accordingly, the Clerk of Court shall **DELIVER** a copy of the summons issued on November 19, 2025, a copy of the complaint, and a copy of the court's order of November 18, 2025, to the U.S. Marshal for service on the defendants. The Clerk shall also **SEND** Plaintiff one USM-285 form. Plaintiff will have **21 days** from the date of this order to furnish to the U.S. Marshal the required USM-285 form with relevant information as to Defendant Knox at 400 S. Virginia Street, 2nd floor, Reno, Nevada 89501. Plaintiff is advised that within **20 days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, if any of the defendants were not served, and if Plaintiff wants service to be attempted again, he must file a motion with the court providing a more detailed name and/or address for service, or indicating that some other method of service should be attempted.

1  Plaintiff is reminded that under Federal Rule of Civil Procedure 4(m), service must be
2  completed on or before February 16, 2026. If Plaintiff requires additional time to meet any of the
3  deadlines set by the court, he must file a motion for extension of time under Local Rule 1A 6-1
4  before the expiration of the deadline, and the motion must be supported by a showing of good
5  cause. A motion filed after a deadline set by the court or applicable rules will be denied absent a
6  showing of excusable neglect.

**IT IS SO ORDERED**.

Dated: December 15, 2025

_____
Craig S. Denney
United States Magistrate Judge