UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CIRO GONZALEZ,<br><br>  Plaintiff<br><br>v.<br><br>MELISSA KNOX,<br><br>  Defendants | Case No.: 3:25-cv-00036-ART-CSD<br><br>**Order** |

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address. On December 30, 2025, mail sent to Plaintiff at his address of record was returned as undeliverable. (ECF No. 13.) Accordingly, Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: January 5, 2026

_____
Craig S. Denney
United States Magistrate Judge